| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: William Orr | Telephone: (989) 895-5712 |
|---|---|---|
| | Special Agent: Joshua Paczok | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Damon Wilbert

Case No. 1:25-mj-30586
Judge: Morris, Patricia T.
Filed: 09-16-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 16, 2025__ in the county of __Saginaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841 | Possession with intent to Deliver a Controlled Substance |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent, Joshua Paczok, FBI
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 16, 2025

_Judge's signature_

City and state: Bay City, Michigan

Hon. Patricia T. Morris, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF DAMON WILBERT

**AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT**

I, Joshua Paczok, being first duly sworn, hereby depose and state as follows:

### EXECUTIVE SUMMARY

The FBI Mid-Michigan Safe Streets Task Force executed a search warrant at Damon Wilbert's residence.  The FBI found evidence of drug trafficking activity at this location, including cocaine.

### INTRODUCTION AND BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2018. I am currently assigned to the Mid-Michigan Safe Streets Task Force ("MMSSTF"). As such, I investigate violent individuals and street gangs for various violations of federal law, including narcotics trafficking. Prior to working on the MMSSTF, I was assigned to the Detroit FBI Violent Gang Task Force ("VGTF"). As a Special Agent on the VGTF, I investigated criminal street gangs for various violations of federal law, including narcotics trafficking, weapons offenses, violent crime, and fraud. Prior to becoming an FBI Special Agent, I was a United States Border Patrol Agent assigned to the Laredo North Station in Laredo, Texas. As a Border Patrol Agent, my responsibilities included identifying instances of human and narcotics trafficking that often-involved violent criminal organizations and drug trafficking organizations. Accordingly, I am familiar with the ways in which gangs and drug trafficking organizations and violent criminal organizations normally operate.

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all of my knowledge about this matter.

2

5. Based on the facts set forth in this affidavit, there is probable cause to believe that Damon Wilbert has violated 21 U.S.C. § 841(a)(1), "Possession with Intent to Deliver a Controlled Substance".

## PROBABLE CAUSE

6. On September 16, 2025, the FBI MMSSTF conducted a search warrant at Damon Wilbert's residence of 2301 Nebraska, Saginaw, MI. Wilbert was the only person present in the residence at the time of the search. The following items were discovered in Wilbert's residence at the time of the search:

    a. Two rectangular packages of suspected cocaine

    b. Two small baggies containing suspected cocaine

    c. Multiple rubber banded stacks of US currency

    d. A Taurus .38 special revolver

At least one of the small plastic baggies tested positive for the chemical characteristics of cocaine on a field test kit.

7. Based on my training and experience, I know that cocaine packaged as a rectangular brick typically contains approximately a kilogram of cocaine. I also know that cocaine packaged in the manner and quantity found in Damon Wilbert's residence, far exceeds the amount of cocaine that a drug user would possess for personal use and is consistent with someone who is distributing cocaine. Additionally, I know from my training and experience that drug traffickers typically

have large amounts of cash due to the nature of the business and the large amount of cash located in close proximity to the cocaine is consistent with drug trafficking activity. It is typical for narcotics traffickers to keep their cash in rubber banded stacks as what was found at Damon Wilbert's residence. Based on the foregoing, there is probable cause to believe that Damon Wilbert possessed cocaine with the intent to distribute it in violation Title 21 U.S.C. § 841(a)(1).

    Respectfully submitted,

_____
Joshua Paczok, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

4